UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

JULANE HERMAN,

    Plaintiff,

v.

NATIONAL REGENCY OF NEW BERLIN,
INC, *et al.*,

    Defendants.

Case No. 21-CV-442

---

## DISCLOSURE STATEMENT OF DEFENDANTS NATIONAL REGENCY OF NEW BERLIN, INC. AND PROHEALTH CARE, INC.

The undersigned, counsel of record for Defendants National Regency of New Berlin, Inc. and ProHealth Care, Inc., furnish the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1. The full name of Defendants are as follows: National Regency of New Berlin, Inc. and ProHealth Care, Inc.

2. The Defendants do not have a parent corporation or any publicly held corporate stockholders. ProHealth Care, Inc. is the sole member of National Regency of New Berlin, Inc.

3. Husch Blackwell LLP is expected to appear on behalf of the Defendants in this action.

Dated this 7th day of July, 2021.

                              HUSCH BLACKWELL LLP

                              */s/ Thomas O'Day*
                              Thomas O'Day
                              33 East Main Street, Suite 300
                              Madison, Wisconsin 53703
                              Tel: 608.255.4440
                              Fax: 608.258.7138
                              tom.oday@huschblackwell.com

                              A.J. Weissler
                              190 Carondelet Plaza – Suite 600
                              St. Louis, MO 63105
                              Tel: 314.480.1500
                              Fax: .314.480.1505
                              aj.weissler@huschblackwell.com

                              Attorneys for Defendants
                              National Regency of New Berlin, Inc. and ProHealth Care, Inc.