# COURT MINUTES OF STATUS HEARING

JULANE HERMAN,

v.                                                                                           CASE NO. 21-CV-442-JPS

NATIONAL REGENCY OF NEW BERLIN, INC.

## HON. J. P. STADTMUELLER PRESIDING

DATE: July 21, 2021                                       TIME SCHEDULED: 8:45 a.m.

COURT DEPUTY/CLERK: Caitlin Lynch         TIME CALLED: 8:45 a.m.

COURT REPORTER: John Schindhelm          TIME FINISHED: 8:51 a.m.

PURPOSE: Status Hearing

PLAINTIFF BY: Scott Luzi

DEFENDANT BY: AJ Weissler and Tom O'Day

Notes:

| | |
|---|---|
| 8:45 | Case called; appearances by telephone |
| 8:46 | Court invites comment from litigants |
| 8:46 | Plaintiff's counsel comments, parties are engaged in informal discussions regarding potential resolution |
| 8:47 | Defense counsel concurs |
| 8:48 | Court comments |
| 8:48 | Court provides parties with relevant deadlines, which include the following: jury trial to begin on Monday, October 3, 2022, at 8:30 a.m.; final pretrial conference to be held on Tuesday, September 27, 2022, at 8:30 a.m.; final pretrial report due on Wednesday, September 21, 2022; motions in limine due on Friday, September 16, 2022; interim settlement report due on Monday, April 25, 2022, final settlement report due on Monday, September 12, 2022; dispositive motion cutoff date will be Monday, May 2, 2022 |

8:50 Court explains that to the extent the parties believe that mediation may be appropriate, the parties may jointly request referral to a magistrate judge. The parties are advised that it generally takes 30-45 days to schedule a mediation
8:51 Parties have nothing further
8:51 Court makes additional comment
8:51 Court stands in recess