UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

JULANE HERMAN,
on behalf of herself and all
others similarly situated,

        Plaintiff,               Case No. 21-cv-442

      v.

NATIONAL REGENCY OF NEW BERLIN, INC., *et. al.*

        Defendants

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

The parties hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that this matter may be dismissed with prejudice and without costs to either party.

Dated: October 29, 2021        By: _s/ Scott S. Luzi_
                              Scott S. Luzi, SBN 1067405
                              Walcheske & Luzi, LLC
                              235 N. Executive Drive, Suite 240
                              Brookfield, Wisconsin 53005
                              Telephone: (262) 780-1953
                              Email: sluzi@walcheskeluzi.com

                              *Attorneys for Plaintiff*

Dated: October 29, 2021        By: *s/ Thomas G. O'Day*
                              Thomas G. O'Day, SBN 1058213
                              Husch Blackwell LLP
                              33 E Main Street, Suite 300
                              Madison, Wisconsin 53703
                              Telephone: (608) 255-4440
                              Email: tom.oday@huschblackwell.com

                              *Attorneys for Defendants*