# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JULANE HERMAN,<br><br>                 Plaintiff,<br><br>v.<br><br>NATIONAL REGENCY OF NEW BERLIN INC and PROHEALTH CARE INC,<br><br>                 Defendants. | Case No. 21-CV-442-JPS<br><br>**ORDER** |

On April 6, 2021, Plaintiff filed a complaint alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and Wisconsin state law. (Docket #1). On October 29, 2021, the parties filed a stipulation of dismissal of this action with prejudice and without costs. (Docket #14). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the stipulation of dismissal (Docket #14) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**.

Dated at Milwaukee, Wisconsin, this 1st day of November, 2021.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge